

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

FILED
Clerk's Office
USDC, Mass.
Date 1-5-06
By MR
Deputy Clerk

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

January 4, 2006

Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210
Attn: Richard Nici

Re:  *Marcos Sena v. Luis Spencer*
     U.S.D.C. No. 05-10381-DPW

Dear Ms. Thornton:

Pursuant to the Court's request, please find enclosed for filing the following transcripts from the state court proceeding in the above-referenced habeas corpus action:

1. Trial Transcript; January 5, 2000;

2. Trial Transcript, January 7, 2000;

3. Trial Transcript, January 10, 2000;

4. Trial Transcript, January 11, 2000; and

5. Trial Transcript, January 12, 2000.

Thank you for your attention to this matter.

Very truly yours,

Daniel I. Smulow
Assistant Attorney General

DIS/fhs

Enclosures
cc   Stephen Neyman, Esq. (without enclosures)