```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

MARCOS SENA,                    )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
         v.                     )       05-10381-DPW
                                )
LUIS SPENCER,                   )
     Defendant.                 )
```

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered March 8, 2006, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2254, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

```
                                BY THE COURT,


                                /s/ Michelle Rynne
                                Deputy Clerk
```

DATED: March 8, 2006